

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-24-00128-CV

**Harbor America Central, Inc.**

**v.**

**William Reeves**

(No. 2017-25574 IN 55TH DISTRICT COURT OF HARRIS COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/24/2025 | E-PAID | ANT |
| RPT RECORD | $225.00 | 01/29/2025 | UNKNOWN | UNK |
| MT FEE | $10.00 | 01/23/2025 | E-PAID | ANT |
| RPT RECORD | $4,965.00 | 01/18/2025 | PAID | ANT |
| CLK RECORD | $1,406.00 | 01/07/2025 | UNKNOWN | UNK |
| MT FEE | $10.00 | 12/19/2024 | E-PAID | ANT |
| MT FEE | $10.00 | 12/15/2024 | E-PAID | APE |
| FILING | $100.00 | 11/27/2024 | E-PAID | ANT |
| STATEWIDE EFILING | $50.00 | 11/27/2024 | E-PAID | ANT |
| CHAPTER 51 | $30.00 | 11/27/2024 | E-PAID | ANT |
| INDIGENT | $25.00 | 11/27/2024 | E-PAID | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $6,841.00**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas: $0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, March 10, 2025.



CHRISTOPHER A. PRINE, CLERK

